FILED

06/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0200

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0200

MATTHEW "MATT" OLDS,

     Plaintiff /Appellee/Cross-Appellant,

v.

MARK HUELSKAMP,

     Defendant/Appellant/Cross-Appellee.

**ORDER**

On Appeal from the Fourth Judicial District Court, Missoula County
Cause No. DV-19-1036
The Honorable Jason Marks, Presiding

_____

Defendant/Appellant/Cross-Appellee Mark Huelskamp ("Huelskamp") has moved, unopposed, for a 30-day extension of time, up to and including July 21, 2023, to file his Opening Brief, which is currently set for June 23, 2023. Good cause appearing,

IT IS ORDERED that Huelskamp's motion is granted, and he may have up to and including July 21, 2023 in which to file his Opening Brief.

Dated: _____

_____
Clerk of the Supreme Court

cc:    Scott M. Stearns/Zach A. Franz
       Carey B. Schmidt/David C. Berkoff

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 15 2023